# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 15-03059-01-CR-S-DGK |
| JOSEPH EDWARD KYLE, ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One and Two and admitted to Forfeiture Allegations One and Two contained in the Information filed on May 20, 2015 is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense. Sentencing will be set by subsequent Order of the Court.

*/s/ Greg Kays*
**GREG KAYS**
**UNITED STATES DISTRICT JUDGE**

Date: June 9, 2015